**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**SHARUKIM MATOVU,**

Plaintiff,

V.

**KRISTI L. NOEM, ET AL.,**

Defendants.

CIVIL ACTION

NO. 25-CV-13864-DJC

**ORDER OF DISMISSAL**

CASPER, D. J.

In accordance with the Court's Order [12] dated July 13, 2026, this case is hereby DISMISSED without prejudice.

By the Court,

July 13, 2026
Date

/s/ Savannah Cook
Deputy Clerk